**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Kenneth Biggs, | ) | No. CV-12-00291-PHX-FJM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

The court has before it petitioner's second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 18), respondents' response (doc. 24), petitioner's reply (doc. 27), and the report and recommendation of the United States Magistrate Judge recommending that the second amended petition for writ of habeas corpus be denied and dismissed with prejudice (doc. 33). We also have before us what is characterized as a motion for reconsideration by the petitioner (doc. 34). This filing is properly construed as petitioner's objections to the Magistrate Judge's report and recommendation.

Petitioner was convicted in 1994 of two counts of attempted sexual conduct with a minor and sentenced to two consecutive 15-year terms of imprisonment. He filed a habeas petition in 2004, challenging the same conviction and sentence that he challenges in the present petition. See CV-04-2178-PHX-NVW. The court ruled that his petition was untimely and dismissed the petition with prejudice (doc. 17).

1   The dismissal of a habeas petition as untimely under the AEDPA statute of limitations "constitutes a disposition on the merits, and . . . a further petition challenging the same conviction would be 'second or successive' for purposes of 28 U.S.C. § 2244(b)." McNabb v. Yates, 576 F.3d 1028, 1029 (9th Cir. 2009).

Before a petitioner may file a second or successive habeas petition, he must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought this authorization in the court of appeals. He is therefore precluded from habeas relief.

Pursuant to Rule 8(b), Rules Governing § 2254 Cases, we have considered petitioner's objections and reviewed the report and recommendation *de novo*. We accept the recommended decision of the United States Magistrate Judge. Therefore, **IT IS ORDERED DENYING AND DISMISSING** with prejudice the second amended petition for writ of habeas corpus (doc. 18).

**IT IS FURTHER ORDERED DENYING** a certificate of appealability and leave to proceed *in forma pauperis* on appeal because dismissal of the habeas petition is justified on procedural grounds and jurists of reason would not find the procedural ruling debatable.

The clerk shall reclassify doc. 34 as objections to the report and recommendation.

DATED this 16th day of October, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge